MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>MARCO BARBOSA,<br><br>    Defendant. | No. CR 09-00717 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING |

The government and defendant Marco Barbosa hereby stipulate and jointly request that the sentencing hearing currently set for August 20, 2012 be continued to September 17, 2012 (1) to allow the parties further time to submit materials to probation and prepare their sentencing materials, as well as also (2) to allow undersigned government counsel, who was recently reassigned to this case, an opportunity to acquaint himself with this case. The parties have conferred with Probation Officer Ben Flores, who agrees with the proposed continuance.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The current August 20, 2012 sentencing date is hereby vacated.

//

2. This matter is set for sentencing on September 17, 2012, at 9:00 a.m.

SO STIPULATED:

DATED: 8/3/12          /s/
                       CYNTHIA LIE
                       Assistant Federal Public Defender


DATED: 8/2/12          /s/
                       JOSEPH FAZIOLI
                       Assistant United States Attorney

IT IS SO ORDERED.

DATED: 13814          *Ronald M. Whyte*
                       RONALD M. WHYTE
                       UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER
CR 09-00717 RMW