IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00717 RMW |
| Plaintiff, | ) ) | [] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| MARCO BARBOSA, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Monday, February 4, 2013, at 9:00 a.m., shall be continued to Tuesday, February 19, 2013, at 9:00 a.m.

Dated: January ___, 2013

_____
HON. RONALD M. WHYTE
Senior United States District Judge

[] Order Continuing Sentencing Hearing
CR 09-00717 RMW                                1