MELINDA L. HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5595
  Facsimile: (408) 535-5066
  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA BARBOSA,<br><br>    Defendant. | No. CR 09-00717 RMW<br><br>STIPULATION AND [ ]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

The government and defendant Maria Barbosa hereby stipulate and jointly request that the status conference currently set for June 24, 2013 be continued to July 1, 2013 to accommodate scheduling conflicts for both government and defense counsel. The parties have conferred with Pretrial Services Officer LaDreena Walton, who agrees with the proposed continuance.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1.     The current June 24, 2013 status conference is hereby vacated.

//

//

STIPULATION AND ] ORDER
CR 09-00717 RMW

| | |
|---|---|
| 1 | 2.    This matter is set for status conference on July 1, 2013, at 9:00 a.m. |
| 2 | |
| 3 | SO STIPULATED: |
| 4 | DATED:   6/13/13                /s/ |

2. This matter is set for status conference on July 1, 2013, at 9:00 a.m.

SO STIPULATED:

DATED: 6/13/13          /s/
PETER LEEMING
Defense Counsel

DATED: 6/13/13          /s/
JOSEPH FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____  *Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ] ORDER
CR 09-00717 RMW