| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | JOSEPH FAZIOLI (CABN 275564)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5595 |
| 7 | FAX: (408) 535-5066<br>joseph.fazioli@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 09-00717 RMW |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date: October 7, 2013 |
| MARIA BARBOSA, | ) | Time: 9:00 a.m. |
| Defendant. | ) ) ) | |

The government and defendant Maria Barbosa hereby stipulate and jointly request that the status conference currently set for October 7, 2013 be continued to October 17, 2013 to accommodate scheduling conflicts for counsel as well as to allow additional time for the processing of a potential dismissal pursuant to the diversion agreement in this case.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The current October 7, 2013 status conference is hereby vacated.

//

1  2.     This matter is set for status conference on October 17, 2013, at 9:00 a.m.

2

3  SO STIPULATED:

4  DATED:_____10/4/13_____        _____/s/_____
                                    PETER LEEMING
5                                   Defense Counsel

6

7  DATED:_____10/4/13_____        _____/s/_____
                                    JOSEPH FAZIOLI
8                                   Assistant United States Attorney

9

10 IT IS SO ORDERED.

   DATED:_____          _____
11                                  RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE
12