| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | JOSEPH FAZIOLI (CABN 275564)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900 |
| 6 | San Jose, California 95113<br>Telephone: (408) 535-5595 |
| 7 | FAX: (408) 535-5066<br>joseph.fazioli@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 09-00717 RMW |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL |
| v. | ) ) | |
| MARIA GUADALUPE BARBOSA,<br>    Defendant. | ) ) ) ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendant Maria Guadalupe Barbosa without prejudice; defendant successfully complied with the terms of her

//
//
//
//
//

NOTICE OF DISMISSAL
CR 09-00717 RMW

1  pretrial diversion.

2

3  DATED: 10/25/13                    Respectfully submitted,

4                                     MELINDA HAAG
                                      United States Attorney
5

6                                     _____/s/_____
                                      JEFF NEDROW
7                                     Chief, San Jose Office

8  Leave is granted to the government to dismiss the indictment.

9

10 Date: 12/11/13                     *Ronald M. Whyte* (signature)
                                      RONALD M. WHYTE
11                                    UNITED STATES DISTRICT JUDGE

12

NOTICE OF DISMISSAL
CR 09-00717 RMW